UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKTOR NIKOLAYEVICH OSTAPENKO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>CRAIG MEYER, et al.,<br><br>　　　　　Respondents. | No.  2:14-cv-1176 DAD P<br><br><br>ORDER |

　　　　Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, alleging that respondents are unlawfully detaining him at the Yuba County Jail.  Petitioner has also filed a request for an application to proceed in forma pauperis.  Good cause appearing, the court will grant petitioner's request.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Petitioner's request for an application to proceed in forma pauperis (Doc. No. 2) is granted;

　　　　2. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis; petitioner's failure to comply with this order will result in dismissal of this action; and

/////

/////

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: June 2, 2014

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
osta1176.101a