UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKTOR NIKOLAYEVICH OSTAPENKO,<br><br>             Petitioner,<br><br>      v.<br><br>CRAIG MEYER et al.,<br><br>             Respondent. | No.  2:14-cv-1176 DAD P<br><br>ORDER |

Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, alleging that respondent and the U.S. Immigration and Customs Enforcement are unlawfully detaining him at the Yuba County Jail.  On June 19, 2014, the undersigned ordered respondent to file a response to the petition.  Thereafter, counsel for respondent filed a motion to dismiss the petition as having been rendered moot.  According to respondent's motion, petitioner was released from detention on August 9, 2014.  (Resp't's Mot. to Dismiss at 1 & Ex.)  Petitioner has not opposed or otherwise responded to respondent's pending motion to dismiss.

Good cause appearing, IT IS HEREBY ORDERED that within fourteen days of the date of this order petitioner shall show cause in writing why this court should not grant the pending

/////

/////

/////

1

motion to dismiss the habeas petition filed in this court as having been rendered moot by his release.

Dated: October 1, 2014

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
osta1176.102